James E. Mercante (JS 4231)
Michael E. Stern (MS 9113)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue
New York, New York 10017
(212) 953-2381
Attorneys for DONJON MARINE CO., INC..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DENNIS KIRBY,

                Plaintiff,

    -against-

DONJON MARINE CO., INC.,

                Defendant.
-----------------------------------------------------------------x

Index No. 07 CIV 3742

**RULE 7.1 STATEMENT**

JUDGE SWEET

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant DONJON MARINE CO., INC. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  None

Dated: New York, New York
       May 11, 2007

                            RUBIN, FIORELLA & FRIEDMAN LLP
                            Attorneys for DONJON MARINE CO. INC.

                            By: _____
                                James E. Mercante (JM 4231)
                                Michael E. Stern (MS 9113)
                            292 Madison Avenue
                            New York, New York  10017
                            (212) 953-2381
                            Our File No. 609-8731